1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

11
12

M S INTERNATIONAL INC. an Indiana
corporation,

Case No. 3:25-CV-05038-BHS

13

Plaintiff,

**ORDER GRANTING PLAINTIFF M S INTERNATIONAL, INC.'S MOTION FOR ENTRY OF DEFAULT**

14

vs.

15
16

Q STONE USA LLC, a Washington limited
liability company,

NOTE ON MOTION CALENDAR:
September 5, 2025

Defendant.

17

18      This matter came before the Court on the Motion of Plaintiff M S International, Inc.

19   ("Plaintiff") for entry of default against Defendant Q Stone USA LLC ("Defendant") (the

20   "Motion").

21      The Court, having considered Plaintiff's Motion, the supporting Declaration of

22   Ronald P. Oines, and the matter's files and records, finds that Defendant's failure to obtain

23   a replacement attorney warrants entry of default, per Local Civil Rule 83.2(b)(4), and

24   Plaintiff provided Notice of Intent to Move for Entry of Default more than fourteen days

25   ago, per Local Civil Rule 55(a).

26      Accordingly, it is hereby ORDERED that Defendant is in default, and the Clerk is

27   hereby ORDERED to enter default against Defendant.

28

**Rutan & Tucker, LLP**
*attorneys at law*

SO ORDERED this 5th day of November, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

CORR|DOWNS PLLC

By: _____/s/ Joseph P. Corr_____
    Joseph P. Corr, WSBA No. 36584
    100 W Harrison St, Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    jcorr@corrdowns.com

RUTAN & TUCKER LLP

By: _____/s/ Ronald P. Oines_____
    Ronald P. Oines (*Pro Hac Vice*)
    CA State Bar No. 145016
    Sarah E. Van Buiten (*Pro Hac Vice*)
    CA State Bar No. 324665
    18575 Jamboree Road, 9th Floor
    Irvine, California 92612
    Telephone: (714) 641-5100
    Facsimile: (714) 546-9035
    Email: roines@rutan.com
           svanbuiten@rutan.com

Attorneys for Plaintiff
M S INTERNATIONAL, INC.