IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| M S INTERNATIONAL, INC. an Indiana corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Q STONE USA LLC, a Washington limited liability company,<br><br>　　　　　Defendant. | Case No. 3:25-CV-05038-BHS<br><br>**ORDER GRANTING PLAINTIFF M S INTERNATIONAL, INC.'S MOTION TO AMEND OR CORRECT JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: December 23, 2025<br><br>***Clerk's Action Required*** |

This matter came before the Court on the Motion of Plaintiff M S International, Inc. ("Plaintiff") for amendment or correction of the default judgment entered against Defendant Q Stone USA LLC ("Defendant") (the "Motion").

The Court, having considered Plaintiff's Motion, and the matter's files and records, finds that Plaintiff has established that the earlier Order, *see* Dkt. 34, issued as a result of clerical mistake. Accordingly, pursuant to Plaintiff's motion for default judgment, *see* Dkt. 28, the Court hereby amends its earlier Order and ORDERS:

　　1.　　Plaintiff's Motion is GRANTED and JUDGMENT is entered against Defendant on Plaintiff's Cause of Action for Trademark Infringement (15 U.S.C. § 1114); Cause of Action for False Designation of Origin and Unfair Competition (15 U.S.C.

§ 1125(a)); and Cause of Action for Violation of the Washington Consumer Protection Act (RCW 19.86.010 *et seq*.).

2. The Court finds Plaintiff's requested attorneys' fees incurred in connection with this action to be reasonable. Accordingly, the Court awards Plaintiff its fees and costs incurred in connection with this action in the amount of $41,255.00 in attorneys' fees, and $953.41 in costs, for a total of $43,208.41, pursuant to RCW 19.86.090, RCW 4.84.010 and 15 U.S.C. § 1117.

3. The Clerk is directed to enter judgment against Defendant and in favor of Plaintiff in the amount set forth above.

4. Defendant and its officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

    a. Advertising, displaying, or using the "Q" trademark and/or any confusingly similar version of said mark, in connection with the manufacture, sale, or advertisement of stone products, including quartz;

    b. Using in any other way any other mark or designation so similar to the Q-related trademarks that it is likely to cause confusion, mistake or deception as to an affiliation, connection, sponsorship or endorsement of Defendant and/or its products or services by or with Plaintiff;

    c. Representing or implying that Defendant is in any way authorized by, sponsored by, affiliated with, endorsed by or licensed by Plaintiff;

    d. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the prohibited activities recited in paragraphs (a)-(c) above.

5. The Court hereby retains jurisdiction over this case for the purpose of enforcing this Order and Injunction.

6. Plaintiff's counsel is hereby directed to serve a copy of this Order and Injunction on Defendant's mailing address (8905 Randall Dr. NW, Gig Harbor, WA 98332, *see* Dkt. 20), as well as the email address reflected in its Amended Certificate of

Rutan & Tucker, LLP
attorneys at law

2945/101660-0396
23104272.1 a12/02/25

-2-

ORDER GRANTING PLAINTIFF'S
MOTION FOR AMENDMENT OR
CORRECTION OF JUDGMENT

1 | Formation (paul@qstoneusa.com, *see* Dkt. 25-3).

2 | **IT IS SO ORDERED.**

4 | SO ORDERED this 18th day of December, 2025.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

CORR|DOWNS PLLC

By:    /s/ *Joseph P. Corr*
Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jcorr@corrdowns.com

RUTAN & TUCKER LLP

By:    /s/ *Sarah E. Van Buiten*
Ronald P. Oines (*Pro Hac Vice*)
CA State Bar No. 145016
Sarah E. Van Buiten (*Pro Hac Vice*)
CA State Bar No. 324665
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: (714) 641-5100
Facsimile: (714) 546-9035
Email: roines@rutan.com
      svanbuiten@rutan.com

Attorneys for Plaintiff
M S INTERNATIONAL, INC.

Rutan & Tucker, LLP
attorneys at law

2945/101660-0396
23104272.1 a12/02/25

-3-

ORDER GRANTING PLAINTIFF'S
MOTION FOR AMENDMENT OR
CORRECTION OF JUDGMENT